IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Laura C. Stockton, | C/A No. 3:14-1904-TLW-PJG |
| Plaintiff, | |
| v. | **ORDER** |
| Shaw Industries Group, Inc., *d/b/a/ Shaw Industries, Inc.*, | |
| Defendant. | |

The plaintiff, Laura C. Stockton, filed this civil action in May 2014.[1] This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On September 1, 2016, upon joint motion and consent of the parties, the court issued a Third Amended Scheduling Order extending the dispositive motions deadline until December 17, 2016. (ECF No. 48.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **December 27, 2016** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 20, 2016
Columbia, South Carolina

---

[1] The defendant removed this action from the Lexington County Court of Common Pleas.